1
2 **MADE JS-6**
3
4
5
6
7
8
9 **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA WILLIAMS, et al,, <br><br> Plaintiff, <br><br> vs. <br><br> VEOLIA TRANSPORTATION SERVICES, INC., et al., <br><br> Defendants. | Case Nos.: CV 08-02582 GW (AGRx) and **CV 08-4282 GW (AGRx)** ◄ <br><br> **ORDER RE PLAINTIFF CARMEN HITA'S STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| CARMEN HITA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> VEOLIA TRANSPORTATION SERVICES, INC., et al., <br><br> Defendants. | **[Filed concurrently with Plaintiffs' Carmen Hita's Stipulation Of Voluntary Dismissal Pursuant To Fed. R. Civ. P. 41(A)(1)]** <br><br> Judge: The Hon. George Wu <br> Courtroom: 10 |

1  Good cause having been shown, as set forth in the parties' Stipulation of
2  Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1), IT IS
3  HEREBY ORDERED THAT Plaintiff Carmen Hita's claims against Defendant
4  Veolia Transportation Services, Inc. are hereby dismissed, with prejudice, in
5  exchange for a waiver of Defendant's costs and fees.

**IT IS SO ORDERED.**

Dated: September 10, 2010   By: _____
　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page i

**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL**